UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00043-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KEYHON NAQUANE BROWN,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Motion to Suppress Tangible Evidence and Statements and Leave to Late File. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Leave to Late File (#14) is **GRANTED** as unopposed, and the Motion to Suppress Tangible Evidence and Statements (#14) is **CALENDARED** for an evidentiary hearing on August 7, 2013, at 11:00 a.m. The government shall file its response to the Motion to Suppress not later than August 2, 2013.

Signed: July 16, 2013

Max O. Cogburn Jr.
United States District Judge